# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,            :       Case No. 3:08-cr-096
                                             Also Case No. 3:11-cv-355

                                             District Judge Thomas M. Rose
     -vs-                                 Magistrate Judge Michael R. Merz
                                  :

KATHLEEN LANCE,

      Defendant.

---

**ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS ON GROUND TWO**

---

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 59), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on November 25, 2011, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Ground Two for Relief be dismissed with prejudice.

This is an interlocutory order and is not subject to appeal until the final judgment in the case.

December 2, 2011.

                                                           *s/THOMAS M. ROSE*

                                                            Thomas M. Rose
                                                      United States District Judge